**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALAN MARBAKER; CAROL MARBAKER; JERRY L. CAVALIER; and FRANK HOLDREN<br><br>Plaintiffs,<br><br>v.<br><br>STATOIL USA ONSHORE PROPERTIES, INC. f/k/a STATOILHYDRO USA ONSHORE PROPERTIES, INC.<br><br>Defendant. | Civil Action NO. 3:17-CV-001528<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 14th day of June, 2018, **IT IS HEREBY ORDERED** that the Motion to Consolidate (*Doc*. 18) filed by Plaintiffs Alan Marbaker, Carol Marbaker, Jerry L. Cavalier, and Frank Holdren is **DENIED**.

                                                       /s/ A. Richard Caputo
                                                       A. Richard Caputo
                                                       United States District Judge