# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN MARBAKER; CAROL MARBAKER; JERRY L. CAVALIER; and FRANK HOLDREN<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>STATOIL USA ONSHORE PROPERTIES, INC. n/k/a EQUINOR USA ONSHORE PROPERTIES INC.,<br><br>　　DEFENDANT. | No. 3:17-CV-001528<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 12th day of September, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 32) filed by defendant Statoil USA Onshore Properties, Inc. n/k/a Equinor USA Onshore Properties, Inc. is **GRANTED**.

(2) Count I of the Amended Complaint is **DISMISSED without prejudice**.

(3) Count II of the Amended Complaint is **DISMISSED with prejudice**.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge